Opinion approved by the Court.

## TAYLOR v. STATE.
### No. 25565.

Court of Criminal Appeals of Texas.
Dec. 12, 1951.

No attorney on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

Appellant entered a plea of guilty to the offense of driving an automobile upon a public highway while intoxicated, and upon a trial before the court, he was assessed a fine of $50.

The record is before us without a statement of facts or bills of exception, and all matters of procedure appear to be regular.

The judgment of the trial court is affirmed.

## BARNES v. STATE.
### No. 25603.

Court of Criminal Appeals of Texas.
Dec. 19, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

This is a conviction for murder with malice, the punishment assessed being confinement in the penitentiary for life.

In the absence of a statement of facts or bills of exception, nothing is presented for review. The proceedings appear to be regular.

The judgment is affirmed.

Opinion approved by the Court.